PROB 12B
(7/93)

Report Date: February 13, 2007

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 22 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Robert Douglas McQueen          Case Number: 2:02CR00062-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley

Date of Original Sentence: 4/24/2003              Type of Supervision: Supervised Release

Original Offense: Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1)       Date Supervision Commenced: 2/2/2007

Original Sentence: Prison - 60 Months; TSR - 36 Months       Date Supervision Expires: 2/1/2010

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

18    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

19    You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

### CAUSE

Pursuant to Ninth Circuit case law, U.S. v Stephens, the undersigned officer is requesting the above modification with the offender's consent.

Respectfully submitted,

by  *[signature]*

Matthew L Thompson
U.S. Probation Officer
Date: February 13, 2007

Prob 12B
**Re: McQueen, Robert Douglas**
**February 13, 2007**
**Page 2**

## THE COURT ORDERS

[ ] No Action
[✓] The Extension of Supervision as Noted Above
[ ] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

_Feb. 21, 2007_
Date