PROB 12B
(7/93)

Report Date: October 22, 2007

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 23 2007

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Robert Douglas McQueen | Case Number: 2:02CR00062-001 |

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley

| | |
|---|---|
| Date of Original Sentence: 04/24/2003 | Type of Supervision: Supervised Release |
| Original Offense: Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1) | Date Supervision Commenced: 02/02/2007 |
| Original Sentence: Prison - 60 Months; TSR - 36 Months | Date Supervision Expires: 02/01/2010 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

20  You shall participate in the home confinement program for 90 days. You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay. You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by the supervising probation officer.

### CAUSE

On September 26, 2007, at 8:30 p.m., the undersigned officer along with U.S. Probation Officer Matthew Thompson, conducted an unscheduled personal home contact with Mr. McQueen. Upon arriving at the residence, Mr. McQueen was not home. However, during contact with another occupant of the residence, Mr. McQueen arrived home. The defendant was interviewed for approximately 10 minutes in front of the residence. He was then requested to allow the undersigned officer to conduct a plan view inspection of the interior of the vehicle that he arrived in. While approaching the vehicle, this officer illuminated the interior of the vehicle with a flashlight and observed a large black male lying down in the passenger side of the vehicle. The individual was identified as Dumont Whitt, a convicted felon who is also under Federal supervision, and a confirmed gang member.

Mr. McQueen has been verbally reprimanded by the undersigned officer regarding his non-compliant actions. He has agreed to the above modification to the terms of supervision as a sanction for his violation of the terms of supervision. Should Your Honor agree to said modification, please sign the attached.

Prob 12B

**Re: McQueen, Robert Douglas**
**October 22, 2007**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/22/07

Richard B. Law
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

10/23/2007

Date