PROB 12B
(7/93)

Report Date: July 5, 2011

# United States District Court

## for the

## Eastern District of Washington

**Request for Modifying the Conditions or Term of Supervision with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 06 2011

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

| | |
|---|---|
| Name of Offender: Robert Douglas McQueen | Case Number: 2:02CR00062-001 |
| Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge | |
| Date of Original Sentence: 4/24/2003 | Type of Supervision: Supervised Release |
| Original Offense: Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1) | Date Supervision Commenced: 8/20/2009 |
| Original Sentence: Prison - 60 Months; TSR - 36 Months | Date Supervision Expires: 3/19/2012 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

20    You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

## CAUSE

On June 14, 2011, Robert McQueen plead guilty to assault 4th degree/domestic violence in Spokane County, Superior Court. On June 29, 2011, he was sentenced to 6 months imprisonment. Said offense occurred in December 2010, while Mr. McQueen was involved in the Sobriety Treatment and Education Program (STEP). The violation conduct was not addressed at that time due to the uncertainty of what was going to happen with the charges. Mr. McQueen was terminated from STEP in April 2011. Presently, Mr. McQueen is unemployed and is scheduled to report to the Spokane County Jail on July 8, 2011, to commence the above-noted sentence. The addition of the above condition appears to be an appropriate sanction to address the defendant's noncompliance and will assist him with the transition from custody to the community.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    July 5, 2011

s/Richard Law

Richard Law
U.S. Probation Officer

Prob 12B
**Re: McQueen, Robert Douglas**
**July 5, 2011**
**Page 2**

## THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

July 6, 2011
_____
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 06 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

20  You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

Witness: _____          Signed: _____
            Richard Law                                                Robert Douglas McQueen
            U.S. Probation Officer                                    Probationer or Supervised Releasee

                                    July 5, 2011
                                    Date