PROB 12C
(7/93)

Report Date: February 10, 2012

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 10 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert Douglas McQueen         Case Number: 2:02CR00062-001

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: April 24, 2003

Original Offense:       Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:      Prison - 60 Months;              Type of Supervision: Supervised Release
                        TSR - 36 Months

Asst. U.S. Attorney:    Matthew F. Duggan                Date Supervision Commenced: 8/20/2009

Defense Attorney:                                        Date Supervision Expires: 7/17/2012

---

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Mandatory Condition #3**: The defendant shall not illegally possess a controlled substance.<br><br>**Supporting Evidence**: On February 8, 2012, the undersigned officer contacted Mr. McQueen at his residence. During the contact, a bag containing green vegetable matter, zig zag cigarette papers, and a digital scale were located. Mr. McQueen admitted that the vegetable matter was marijuana. He further admitted that the items noted above were his. Subsequently, the items were seized and placed into the evidence vault at the U.S. Probation Office. A total of 9.3 grams of marijuana was seized. |
| 2 | **Mandatory Condition #4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Supporting Evidence**: On February 8, 2012, Robert McQueen submitted a urine specimen at the U.S. Probation Office. The specimen yielded initial positive findings for marijuana and has been forward to the lab for confirmation. |

Prob12C
Re: McQueen, Robert Douglas
February 10, 2012
Page 2

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 2/10/2012

s/Richard Law

Richard Law
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

2/12/12
Date